

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Geronimo Francisco Rivera a/k/a Geronimo Francisco Rivera-Lozoya, | § | No. 08-19-00223-CR |
| | § | Appeal from the |
| Appellant, | | |
| | § | 171st District Court |
| v. | | |
| | § | of El Paso County, Texas |
| The State of Texas, | | |
| | § | (TC# 20150D05113) |
| State. | | |
| | § | |

**O R D E R**

The Court GRANTS the Court Reporter's fourth request for an extension of time within which to file the Reporter's Record until **February 19, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before February 19, 2020.

IT IS SO ORDERED this 27th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.